# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 APR 25 P 3:41

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Daniel Antwan Carter

v.

(Full name of defendant(s))

District 6 MPD
Milwaukee Police Dept.

Case Number:
**18-C-0658**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __PO Box 245 Ozaukee County Jail__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __MPD Milwaukee, WI District 6__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of  __Wisconsin__
(State, if known)

and (if a person) resides at __MPD District 6__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Milwaukee police Department District 6__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

on 3-18-18 I was taken into custody by Milwaukee Police District 6 Led by a one Sgt Hernandez and a few more on the scene from my home at 3819 S miner st. They took me to the District. I explained to them I had a few beers and needed to use the Bathroom ASAP. I was cuffed to a bench and placed In the sally port. I kept asking the officers and Sgt to use it for a long time. a couple of hrs. I was told to shut the "Fuck up" and no

Complaint – 2

They Refuse to let me use the rest Room. After pleading and begging them and being Denied, I Could not hold It any longer I shouted, "I'm going to piss myself" the officer said so, And I just Did, I pissed all over myself my clothes, shoes, etc all. They laughed and yelled and threatened to tazed me. I was then jacked up by 4 officers and thrown aggressively In a Cell, wet and full of piss. I asked for some Dry clothing or fabric or blanket, And was Denied. they left me In that Room for hrs in those wet piss clothes until about 4am when I was transported to Milwaukee County Jail where they gave me the Jail Clothing. I was so humiliated and treated very cruel and unusal punishment violating my 8th Amendment Right never been treated this Disrespectful In my life. by white officers And Hispanic

Complaint – 3

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Money in the amount of $250,000 for violating my 8th Amendment, And mental pain and emotional stress. I also would like those officers fired and to apologize for there behavior to me.

Also I sent a formal complaint to the Internal affairs Division

E. **JURY DEMAND**

I want a jury to hear my case.

☑ – YES or ☑ – NO

If no settlement is offered.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 22 day of April 20 18.

Respectfully Submitted,

Doniel A Carter
Signature of Plaintiff

169463
Plaintiff's Prisoner ID Number

Ozaukee County Jail Po Box 245
Port Washington, WI 53074
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:18-cv-00658-PP   Filed 04/25/18   Page 5 of 5   Document 1